UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| AMY N. W., <br><br>                    Plaintiff, <br><br> vs. <br><br> FRANK BISIGNANO, <br>    COMMISSIONER OF SOCIAL <br>    SECURITY, <br><br>                    Defendant. | Case No. CV-25-20-M-KLD <br><br> JUDGMENT IN A CIVIL CASE |

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Commissioner's decision is REVERSED and this matter is REMANDED pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings consistent with this opinion.

Dated this 23rd day of March, 2026

TYLER P. GILMAN, CLERK


By:   /s/ Hailey Jaksha
      Deputy Clerk