IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

AMY N. W.,

                     Plaintiff,

vs.

FRANK BISIGNANO,
COMMISSIONER OF SOCIAL
SECURITY,

                     Defendant.

CV 25-20-M-KLD

ORDER

Plaintiff, by and through her attorney, Eric Rasmusson, moves under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. §2412(d), for attorney fees incurred in prosecuting her Social Security appeal.  She requests $8,891.72 in fees. Defendant Commissioner of Social Security has not opposed Plaintiff's application for fees.

Upon Plaintiff's Motion for Fees under the Equal Access to Justice Act, and for good cause showing:

IT IS HEREBY ORDERED that attorney fees in the amount of $8,891.72 shall be awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. §2412.  If the United States Department of Treasury determines that Plaintiff's EAJA fees and costs are not subject to offset allowed under the Treasury Offset

Program, payment shall be delivered either electronically or by mail to Rasmusson

Law Offices, PLLC. *Astrue v. Ratliff*, 560 U.S. 586 (2010).

DATED this 5th day of June, 2026

_____
Kathleen L. DeSoto
United States Magistrate Judge